Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| PAN AMERICAN PROPERTIES, CORP. Demandante-Recurrido Vs. SAZERAC COMPANY, INC., CC1 BEER DISTRIBUTORS, INC. Demandado-Peticionario | KLCE202500222 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón Caso Núm. BY2024CV03030 Sala: 505 Sobre: INJUNCTION (ENTREDICHO PROVISIONAL, INJUNCTION PRELIMINAR Y PERMANENTE), SENTENCIA DECLARATORIA, INCUMPLIMIENTO DE CONTRATO, DAÑOS, INTERFERENCIA TORTICERA |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Monge Gómez y el Juez Cruz Hiraldo.

Cruz Hiraldo, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de junio de 2025.

Comparece la parte peticionaria, compuesta por Sazerac Company, Inc., y CC1 Beer Distributors, Inc., para solicitar la revisión de una *Resolución y Orden* emitida el 4 de febrero de 2025 por el Tribunal de Primera Instancia, Sala Superior de Bayamón. Mediante la misma, el tribunal denegó la solicitud de desestimación presentada por la parte peticionaria. Inconforme con la determinación, la parte peticionaria instó este recurso, en el que, como único señalamiento de error, planteó que, las alegaciones de la demanda no cumplen con el estándar de plausibilidad, y por ello deben ser desestimadas.

Número Identificador

RES2025 _____

Evaluado el recurso, los alegatos de las partes, así como la detallada y bien fundamentada *Resolución y Orden* del foro primario, este tribunal concluye que la parte peticionaria no pudo establecer que el foro apelado hubiera incurrido en error alguno. Tampoco surge del expediente que el tribunal recurrido haya abusado de la discreción que le asiste, de forma tal que se haga meritorio eludir la norma de abstención judicial que regula el ejercicio de nuestras funciones.

Así pues, en virtud de lo dispuesto en la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, resolvemos denegar la expedición del auto de *certiorari.*

Al amparo de la autoridad que nos confiere la Regla 35(A)(1) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R.35(A)(1),[1] el Tribunal de Primera Instancia no tendrá que esperar por la remisión del mandato para continuar con el trámite del caso de referencia.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] En lo pertinente, la citada regla dispone que la "expedición del auto de certiorari suspenderá los procedimientos en el Tribunal de Primera Instancia, **salvo que el Tribunal de Apelaciones disponga lo contrario**" (énfasis suplido).